IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ICARUS HARMON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC | : | NO. 25-2388 |

**O R D E R**

AND NOW, this 15th day of December, 2025, upon consideration of Plaintiff's counsel Vicki Piontek's failure to abide by the Court's order scheduling the settlement conference, which wasted court staff's time, her failure to maintain proper decorum during remote proceedings, hearing on the Court's Order to Show Cause why she should not be sanctioned, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that Plaintiff's counsel Vicki Piontek is ADMONISHED for the conduct described in the accompanying memorandum. This written admonition shall constitute the sanction imposed.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.